USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
PANTHEON PROPERTIES, INC. and **LUCALEX**  :
**CORP.**, d/b/a **PANTHEON PROPERTIES**,    :
                                              :
                     **Plaintiffs,**    :    **1:20-CV-03241 (ALC)**
                                              :
      -against-                           :    **ORDER**
                                              :
**JOHNATHEN HOUSTON, JH CONSULTING**        :
**FIRM LLC,** and **M & M LIGHNING STRIKES,** :
                                              :
                     **Defendants.**    :
-------------------------------------------------------------------- :x

**ANDREW L. CARTER, JR., District Judge:**

      On April 24, 2020, Plaintiffs in the above-captioned action submitted an Application for *Ex Parte* Order of Attachment. (No. 6.) By Order of this Court, a Response from Defendants was due on May 4, 2020, with any Reply from Plaintiffs due May 7, 2020. (No. 10.) To date, Defendants have not submitted a Response. Accordingly the Court ORDERS Defendants to respond by May 8, 2020, with any Reply from Plaintiffs by May 11, 2020. As previously ordered, a telephonic conference regarding this Application is scheduled for May 12, 2020 at 11:00 a.m.

**SO ORDERED.**
**Dated:**    **New York, New York**
           **May 7, 2020**

                                                    _____
                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**