```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/8/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
**PANTHEON PROPERTIES, INC., ET AL.,**      :
                                            :
                   **Plaintiffs,**   :
                                            :       **1:20-CV-03241 (ALC) (SN)**
     **-against-**                         :
                                            :       **ORDER**
**HOUSTON, ET AL.,**                        :
                                            :
                   **Defendants.**   :
                                            :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of the Parties' further submissions regarding the order of attachment issued by this Court on May 12, 2020, ECF Nos. 23, 27, and Defendants' request for oral argument, ECF No. 30. Defendants' request for oral argument is DENIED. Upon consideration of the Parties' further submissions and the Court's reasoning for issuing the attachment order set forth on the record at the May 12, 2020 hearing, Defendants' request that the order of attachment be lifted is DENIED.

**SO ORDERED.**

**Dated:**      **New York, New York**
              **June 8, 2020**

                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**