USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __7/22/2020____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**PANTHEON PROPERTIES, INC., ET AL.,**

**Plaintiffs,**

-against-

**HOUSTON, ET AL.,**

**Defendants.**

**1:20-CV-3241-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Upon consideration of the Parties' submissions regarding Defendants' request for a pre-motion conference to seek leave to amend the complaint and file a motion to dismiss, ECF Nos. 42-44, Defendants' request for pre-motion conference is hereby DENIED. The Court hereby GRANTS Defendants leave to amend the complaint to add Marvin Love as a Defendant and to file the proposed motion to dismiss. The Parties are directed to follow the below schedule:

Amended Complaint: August 5, 2020

Defendants' Motion: September 2, 2020

Plaintiffs' Response: September 16, 2020

Defendants' Reply: September 23, 2020

**SO ORDERED.**

**Dated**:    **July 22, 2020**
          **New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**