UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PANTHEON PROPERTIES, INC., et al.,

                             Plaintiffs,                      20-CV-3241 (ALC)(SN)

     -against-                                     **ORDER**

JOHNATHEN HOUSTON, et al.,

                             Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A telephone conference to discuss the issues raised in the parties' January 15, 2021 letter will be held on Monday, January 25, 2021, at 10:00 a.m. At that time, the parties should dial (877) 402-9757 and enter access code 7938632 #.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     January 20, 2021
                New York, New York