UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PANTHEON PROPERTIES, INC., et al.,

                                                **Plaintiffs,**

            -against-

JOHNATHEN HOUSTON, et al.,

                                                **Defendants.**

-----------------------------------------------------------------X

20-CV-03241 (ALC)(SN)

**ORDER**

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 4/18/2022 __**

**SARAH NETBURN, United States Magistrate Judge:**

        On March 28, 2022, the Court granted Plaintiffs' motion for sanctions and set a briefing schedule for their motion for attorney's fees. ECF No. 99. Defendant Johnathen Houston was ordered to file any opposition to Plaintiffs' motion by no later than April 11, 2022. Id. As of the issuance of this order, Defendant has not filed his opposition. Defendant shall file his opposition by April 22, 2022, or the Court will consider the matter fully briefed.

**SO ORDERED.**

                                                                            _____
                                                                            SARAH NETBURN
                                                                            United States Magistrate Judge

DATED:      New York, New York
                April 18, 2022