```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PANTHEON PROPERTIES, INC., et al.,

                               **Plaintiffs,**

              -against-

JOHNATHEN HOUSTON, et al.,

                               **Defendants.**

-------------------------------------------------------------X

20-CV-03241 (ALC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the Court's recent decisions on Plaintiffs' motion for sanctions and Defendants' motion to release the attachment, a call is scheduled for May 5, 2022, at 2:30 p.m. to discuss next steps in this case. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                   _____
                                                   SARAH NETBURN
                                                   United States Magistrate Judge

DATED:    New York, New York
                 April 26, 2022