UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PANTHEON PROPERTIES, INC., et al.,

                                  Plaintiffs,              20-CV-03241 (ALC)(SN)

         -against-                                **ORDER**

JOHNATHEN HOUSTON, et al.,

                                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On May 5, 2022, a call was held to discuss next steps in this case. ECF No. 103. Defense counsel is ORDERED to confer with his clients to determine if there is any interest in settling the litigation and communicate their position to Plaintiffs' counsel by no later than May 13, 2022. If the parties would like to schedule a settlement conference, they are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                           United States Magistrate Judge

DATED:     May 5, 2022
                New York, New York