| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>------------------------------------------------------------- x<br>**PANTHEON PROPERTIES, INC. ET AL.,**<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>**JOHNATHAN HOUSTON ET AL.,**<br><br>　　　　　　　　　Defendants.<br>------------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: October 6, 2022<br><br>**20-cv-03241 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

As discovery has closed and the Court understands the parties do not intend to move for summary judgment, the parties are ORDERED to submit a proposed joint pretrial order no later than 30 days from the date of this Order. The parties are reminded to refer to my individual rules regarding pretrial orders.

**SO ORDERED.**

Dated:　**October 6, 2022**
　　　　**New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew L. Carter, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**