UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PANTHEON PROPERTIES, INC.; and LUCALEX CORP., d/b/a PANTHEON PROPERTIES, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOHNATHEN HOUSTON, JH CONSULTING FIRM LLC, and M & M LIGHTNING STRIKES, <br><br> *Defendants*. | 1:20-cv-03241-ALC-SN <br><br> **ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

The Court will hold a telephonic pretrial conference in this action on Friday, December 2, 2022 at 12:30PM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

The parties should come prepared to discuss their availability for trial dates in mid-February 2023.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **November 22, 2022**

_____
 **ANDREW L. CARTER, JR.**
 **United States District Judge**