UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PANTHEON PROPERTIES, INC.; and LUCALEX CORP., d/b/a PANTHEON PROPERTIES,<br><br>*Plaintiffs*,<br>v.<br>JOHNATHEN HOUSTON, JH CONSULTING FIRM LLC, and M & M LIGHTNING STRIKES,<br>*Defendants*. | 1:20-cv-03241-ALC-SN<br><br>**AMENDED ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

The Conference scheduled for December 2, 2022 is ADJOURNED.

The Court will now hold a telephonic pretrial conference in this action on **Wednesday, December 14, 2022 at 3:30PM Eastern Time.** All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

The parties should come prepared to discuss their availability for trial dates in mid-February 2023.

**SO ORDERED.**

**Dated:** **New York, New York**
**December 1, 2022**

*[signature]*

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**