UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PANTHEON PROPERTIES, INC.; and LUCALEX CORP., d/b/a PANTHEON PROPERTIES,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOHNATHEN HOUSTON, JH CONSULTING FIRM LLC, and M & M LIGHTNING STRIKES, et al.<br><br>*Defendants*. | 1:20-cv-03241-ALC-SN<br><br>**CONFERENCE ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

The Court will hold a telephonic pretrial conference in this action on Wednesday, April 12, 2023 at 10:15AM Eastern Time.

All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660). The parties should come prepared to discuss the witnesses whose video testimony they seek to introduce at trial.

Per the parties' letter at Dkt. 113, the Court clarifies that the scheduled trial date is May 15, 2023.

**SO ORDERED.**

**Dated:    New York, New York**
**            April 10, 2023**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**