UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
PANTHEON PROPERTIES, INC.; and
LUCALEX CORP., d/b/a PANTHEON
PROPERTIES,

                      *Plaintiffs*,

      -against-

JOHNATHEN HOUSTON, JH
CONSULTING FIRM LLC, and
M & M LIGHTNING STRIKES,
et al.

                      *Defendants*.
------------------------------------------------------------------- x

1:20-CV-03241-ALC-SN

CONFERENCE ORDER

**ANDREW L. CARTER, JR., District Judge:**

    The Court will hold a telephonic final pretrial conference in this action on Thursday, May 11, 2023 at 3:30PM Eastern Time.

    All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:    April 21, 2023**
            **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**