```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
PANTHEON PROPERTIES, INC.; and                :
LUCALEX CORP., d/b/a PANTHEON                 :
PROPERTIES,                                   :
                                              :
                                              :   1:20-CV-03241-ALC-SN
                            Plaintiffs,       :
                                              :   CONFERENCE ORDER
            -against-                         :
                                              :
JOHNATHEN HOUSTON, JH                         :
CONSULTING FIRM LLC, and                      :
M & M LIGHTNING STRIKES,                      :
et al.                                        :
                                              :
                            Defendants.       :
------------------------------------------------------------------- x
```

**ANDREW L. CARTER, JR., District Judge:**

The Court will hold a telephonic conference in this action on Thursday, May 4, 2023 at 2PM Eastern Time.

All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:** **May 3, 2023**
       **New York, New York**　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**