```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-16-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Pantheon Properties, Inc. et al

**ORDER**
20-CV-3241 (ALC)(SN)

-against-

Houston et al,

Defendant(s)
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Jury Selection and Jury Trial set for **May 16, 2023** at **10:00 a.m.**

**SO ORDERED.**

Dated: New York, New York
       May 11, 2023

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE