```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                        DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED: 5-17-23
```

------------------------------------------------------------------ x

PANTHEON ET AL,

                             **Plaintiff,**

       **-against-**                                                             20-CV-3241 (ALC)

HOUSTON ET AL,                                                      MEAL/REFRESHMENT
                                                                    ORDER FOR JURORS

                             **Defendant.**

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

      IT IS HEREBY ORDERED that the jurors empaneled and sworn in the above captioned case be provided with light refreshments and/or necessary meals during the duration of the trial.

      Should the Jury Panel remain in the Courthouse, and necessary refreshments and/or meals are brought in, a gratuity of 15% of the total bill is authorized.

**SO ORDERED.**

Dated:      New York, New York
                May 16, 2023

                                                       */s/ Andrew L. Carter, Jr.*
                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**