UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

PANTHEON ET AL

                                        **Plaintiff,**

   -against-

HOUSTON ET AL,

                                        **Defendant.**

------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-17-23

20-CV-3241 (ALC)

MEAL/REFRESHMENT
ORDER FOR JURORS

**ANDREW L. CARTER, JR., District Judge:**

    IT IS HEREBY ORDERED that the jurors empaneled and sworn in the above captioned case be provided with light refreshments and/or necessary meals during the duration of the trial.

    Should the Jury Panel remain in the Courthouse, and necessary refreshments and/or meals are provided the total bill is authorized.

**SO ORDERED.**

Dated:    New York, New York
              May 16, 2023

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**